**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN R. MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALBERT NAJERA, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01077-AWI-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE<br>(ECF No. 7)<br><br>ORDER TO SUBMIT COMPLETE PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Steven R. Miller is a federal prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983 and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). Plaintiff initiated this action on August 5, 2019. (ECF No. 1.) On August 8, 2019, the Court ordered Plaintiff to either submit an application to proceed *in forma pauperis* or pay the $400.00 filing fee for this action, within forty-five days of the date of service of the order. (ECF No. 3.)

Currently before the Court is Plaintiff's application to proceed *in forma pauperis*, filed on September 26, 2019. (ECF No. 7.)

However, Plaintiff's application to proceed *in forma pauperis* is incomplete. While Plaintiff has submitted a photocopy of an "inmate inquiry," which lists Plaintiff's prison trust account balances, Plaintiff has failed to submit a certified copy of his federal prison trust account

1

statement for the six-month period immediately preceding the filing of his complaint as required by 28 U.S.C. § 1915(a)(2). Plaintiff must submit a complete application that includes a certified copy of his trust account statement from Federal Correctional Institution Terminal Island, if he wishes for his application to proceed *in forma pauperis* to be considered by the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 7), is DENIED, without prejudice;
2. The Clerk of the Clerk is directed to serve a blank *in forma pauperis* application for a prisoner on Plaintiff;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his federal prison trust account statement for the past six months, or, in the alternative, pay the $400.00 filing fee for this action;
4. No extension of time will be granted without a showing of good cause; and
5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: **October 1, 2019**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE