# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| STEVEN R. MILLER, | Case No. 1:19-cv-01077-AWI-BAM (PC) |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| ALBERT NAJERA, et al., | (ECF No. 9) |
| Defendants. | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FCI TERMINAL ISLAND |

Plaintiff Steven R. Miller is a federal prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). Plaintiff initiated this action on August 5, 2019. (ECF No. 1.) On August 8, 2019, the Court ordered Plaintiff to either submit an application to proceed *in forma pauperis* or pay the $400.00 filing fee for this action, within forty-five days of the date of service of the order. (ECF No. 3.)

On September 26, 2019, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 7.) On October 2, 2019, the Court denied without prejudice Plaintiff's application to proceed *in forma pauperis* as incomplete and ordered Plaintiff to either submit a complete application to proceed *in forma pauperis* or pay the $400.00 filing fee within thirty days from the date of service of the order. (ECF No. 8.)

Currently before the Court is Plaintiff's second application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, filed on November 4, 2019. (ECF No. 9.) Plaintiff's application includes a prison trust account statement that reflects the activity in Plaintiff's prison trust account for the last six months.

1

| | |
|---|---|
| 1 | Plaintiff has made the showing required by § 1915, and his application to proceed *in forma pauperis* will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account.  The Warden of FCI Terminal Island is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2). |

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 9), is GRANTED;

2. **The Warden of FCI Terminal Island or his/her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Warden of FCI Terminal Island, Federal Correctional Institution, P.O. Box 269, San Pedro, CA 90733; and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **November 6, 2019**         /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE