UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

**STEVEN R. MILLER,**
    Plaintiff

v.                               **CASE NO. 1:19−CV−01077−AWI−BAM**

**ALBERT NAJERA, ET AL.,**
    Defendant

You are hereby notified that a Notice of Appeal was filed on **February 03, 2021** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

February 3, 2021

                                 **KEITH HOLLAND**
                                 **CLERK OF COURT**

                         **by:** /s/ S. Martin−Gill
                              Deputy Clerk