# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. MILLER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NAJERA, *et al.*,<br><br>　　　　　　Defendants. | Case No.  1:19-cv-01077-AWI-BAM (PC)<br><br>Appeal No. 21-15202<br><br>ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |

Plaintiff Steven R. Miller ("Plaintiff") is a federal prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).

On December 7, 2020, the Court dismissed this action, with prejudice, due to Plaintiff's failure to state a claim upon which relief may be granted. (ECF No. 15.) Judgment was entered accordingly the same date. (ECF No. 16.) Plaintiff then filed a motion for reconsideration, which was denied. (ECF Nos. 17, 18.) On February 3, 2021, Plaintiff filed a notice of appeal. (ECF No. 19.)

On February 8, 2021, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and

///

1

is not frivolous.  Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated:   **February 10, 2021**              /s/ *Barbara A. McAuliffe*            _
                                         UNITED STATES MAGISTRATE JUDGE